Chief Justice HASSELL, concurring.
 

 I join the opinion of the Court. However, I write separately to state that I have serious concerns about the Court of Appeals' opinion in the former appeal,
 
 Miller-Jenkins v. Miller-Jenkins,
 

 49 Va.App. 88
 
 ,
 
 637 S.E.2d 330
 
 (2006). I do not believe that this decision was correctly decided. Lisa Miller-Jenkins failed to perfect an appeal from that decision in the manner required by law,
 
 see Miller-Jenkins v. Miller-Jenkins,
 
 Record No. 070355 (May 7, 2007), and, therefore, this Court could not review that decision. As the majority correctly holds, the law of the case doctrine prohibits this Court from considering
 the merits of the former appeal in this proceeding.